IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02681-BNB

MICHAEL ANTHONY CASTANEDA,

Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER,
JIM ALDERDEN (Sheriff), and
SHERIFF DEPUTY RATZLAFF,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Michael Anthony Castaneda initiated this action by filing *pro se* a "Motion for Leave to Proceed In Forma Pauperis, Affidavit of Indigency and Order" and a "Prisoner's Civil Rights Complaint." In an order filed on December 26, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Castaneda to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Castaneda to file the complaint and *in forma pauperis* motion on the proper forms and to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Castaneda was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On February 1, 2008, Mr. Castaneda filed on the proper form a "Prisoner Complaint." Also on February 1, 2008, he filed on the wrong form a "Prisoner's Motion

and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action." Furthermore, Mr. Castaneda failed to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, Mr. Castaneda has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the "Motion for Leave to Proceed In Forma Pauperis, Affidavit of Indigency and Order" and the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" are denied as moot.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02681-BNB

Michael Anthony Castaneda
Larimer County Det. Facility
2405 Midpoint Drive
Fort Collins, CO 80525

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/15/08

                                             GREGORY C. LANGHAM, CLERK

                                       By: _____
                                                    Deputy Clerk